**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:

Keith Robinson
Lisa E. Brobeck

Case No.: 13-18425

Hearing Date: August 11, 2017

Chapter: 13

Judge: ABA

**NOTICE OF HEARING**

You are hereby notified of a hearing before the Honorable Andrew B. Altenburg, Jr., United States Bankruptcy Judge.

**Reason for Hearing:** Objection to Trustee Certification of Default

**Location of Hearing:** Courtroom No. 4-B
United States Court House
4th and Cooper Streets
Camden, NJ 08101

**Date and Time:** August 11, 2017 @ 9:00 a.m., or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:** ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: July 20, 2017

JEANNE A. NAUGHTON, Clerk

By: /s/ Darlene E. Fitzgerald
    Deputy Clerk

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on July 20, 20 17 this notice was served on the following: Debtor, Attorney for Debtor, Trustee, US Trustee

JEANNE A. NAUGHTON, Clerk

By: /s/ Darlene E. Fitzgerald
    Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 13-18425-ABA
Keith Robinson                                                         Chapter 13
Lisa E. Brobeck
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin            Page 1 of 1             Date Rcvd: Jul 20, 2017
                              Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 22, 2017.
db/jdb         +Keith Robinson,   Lisa E. Brobeck,   43 Rutgers Drive,   Delran, NJ 08075-1609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 20, 2017 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    PHH MORTGAGE CORPORATION nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA , N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              James Patrick Shay    on behalf of Creditor    PHH MORTGAGE CORPORATION
               james.shay@phelanhallinan.com
              Jennifer R. Gorchow    on behalf of Creditor    PHH MORTGAGE CORPORATION nj.bkecf@fedphe.com
              John D. Krohn    on behalf of Creditor    PHH MORTGAGE CORPORATION nj.bkecf@fedphe.com
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA , N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin C. Fayette    on behalf of Joint Debtor Lisa E. Brobeck lawoffices@quigleyfayette.com
              Kevin C. Fayette    on behalf of Debtor Keith  Robinson lawoffices@quigleyfayette.com
              Michael Frederick Dingerdissen    on behalf of Creditor    PHH MORTGAGE CORPORATION
               nj.bkecf@fedphe.com
                                                                                             TOTAL: 11