**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Keith Robinson | Social Security number or ITIN  xxx–xx–3107 |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Lisa E. Brobeck | Social Security number or ITIN  xxx–xx–3552 |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 13–18425–ABA | |

# Order of Discharge                                                                                             12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Keith Robinson                                         Lisa E. Brobeck

                                                       **By the court:** Andrew B. Altenburg Jr.
1/25/18                                                                Andrew B. Altenburg Jr.
                                                                       United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:
Keith Robinson
Lisa E. Brobeck
    Debtors

Case No. 13-18425-ABA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2    Date Rcvd: Jan 25, 2018
Form ID: 3180W    Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2018.
```
db/jdb        +Keith Robinson,   Lisa E. Brobeck,   43 Rutgers Drive,   Delran, NJ 08075-1609
cr            +PHH MORTGAGE CORPORATION,   Phelan Hallinan & Schmieg, PC,   400 Fellowship Road,   Suite 100,
                Mt. Laurel, NJ 08054-3437
514015970      Bank of America, N.A.,   Attorneys for Secured Creditors,   c/o Prober & Raphael, A Law Corp.,
                P.O. Box 4365,   Woodland Hills, CA 91365-4365
513958133     +Bank of America, NA,   Prober & Raphael, A Law Corporation,
                20750 Ventura Boulevard, Suite 100,   Woodland Hills, CA 91364-6207
513855663      PHH Mortgage,   P.O. Box 5457,   Mount Laurel, NJ 08054-5457
514023940     +PHH Mortgage Corporation,   Mortgage Service Center,   One Mortgage Way,
                Mount Laurel, NJ 08054-4637
513855664      PSE&G,   PO Box 14444,   New Brunswick, NJ 08906-4444
514170045     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: State Of New Jersey,   Division Of Taxation,   Bankruptcy Section,
                PO Box 245,   Trenton, NJ 08695-0245)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 25 2018 23:28:41      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 25 2018 23:28:37      United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
513855662      EDI: BANKAMER.COM Jan 25 2018 23:08:00      Bank of America,   PO Box 21848,
                Greensboro, NC 27420-1848
515982893      EDI: BANKAMER.COM Jan 25 2018 23:08:00      Bank of America, N.A,   PO Box 31785,
                Tampa, FL 33631-3785
513935348     +E-mail/Text: bankruptcy@pseg.com Jan 25 2018 23:27:58      PSEG,   PO BOX 490,
                Cranford, Nj 07016,   Att:Bankruptcy Dept 07016-0490
513855666      EDI: TFSR.COM Jan 25 2018 23:08:00      Toyota Financial Services,   P.O. Box 17187,
                Baltimore, MD 21297-0511
513997229      EDI: TFSR.COM Jan 25 2018 23:08:00      Toyota Motor Credit Corporation (TMCC),   PO BOX 8026,
                Cedar Rapids, Iowa 52408-8026
                                                                                              TOTAL: 7
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
513855665*    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,   Division of Taxation,   P.O. Box 245,
                Trenton, NJ 08695-0245)
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2018          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2018 at the address(es) listed below:
```
              Andrew L. Spivack    on behalf of Creditor    PHH MORTGAGE CORPORATION nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA , N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Jan 25, 2018
                              Form ID: 3180W           Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          James Patrick Shay    on behalf of Creditor    PHH MORTGAGE CORPORATION james.shay@phelanhallinan.com
          Jennifer R. Gorchow    on behalf of Creditor    PHH MORTGAGE CORPORATION nj.bkecf@fedphe.com
          John D. Krohn    on behalf of Creditor    PHH MORTGAGE CORPORATION nj.bkecf@fedphe.com
          Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA , N.A. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
          Kevin C. Fayette    on behalf of Debtor Keith  Robinson kfayette@kevinfayette.com
          Kevin C. Fayette    on behalf of Joint Debtor Lisa E. Brobeck kfayette@kevinfayette.com
          Michael Frederick Dingerdissen    on behalf of Creditor    PHH MORTGAGE CORPORATION nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    PHH MORTGAGE CORPORATION nj.bkecf@fedphe.com
          Sherri J. Braunstein    on behalf of Creditor    PHH MORTGAGE CORPORATION nj.bkecf@fedphe.com, nj.bkecf@fedphe.com

                                                                                        TOTAL: 13