Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.:  13−18425−ABA
                        Chapter:  13
                        Judge:  Andrew B. Altenburg Jr.
                        Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| Keith Robinson | Lisa E. Brobeck |
| 43 Rutgers Drive | 43 Rutgers Drive |
| Delran, NJ 08075 | Delran, NJ 08075 |

Social Security No.:
  xxx−xx−3107                               xxx−xx−3552

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>February 26, 2018</u>                   <u>Andrew B. Altenburg Jr.</u>
                                              <u>Andrew B. Altenburg Jr.</u>
                                              Judge, United States Bankruptcy Court